**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-2278**

In re:  GARY BUTERRA WILLIAMS,

                    Petitioner.

On Petition for Writ of Mandamus.
(No. 3:11-cv-00125-HEH)

Submitted:  February 26, 2013        Decided:  February 28, 2013

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Gary Buterra Williams, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary Buterra Williams petitions for a writ of mandamus seeking an order compelling the district court to act on his petition for removal of a state prosecution. Since Williams filed his petition, however, the district court entered an order remanding the prosecution to state court. See <u>Buterra v. Circuit Court for City of Suffolk</u>, No. 3:11-cv-00125-HEH (E.D. Va. Dec. 7, 2012). We therefore deny Williams' petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>PETITION DENIED</u>

2